IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAWN BISHOP | : | CIVIL ACTION |
| v. | : | No. 14-4903 |
| JON FISHER, et al. | : | |

## **ORDER**

AND NOW, this 23rd day of March, 2020, upon careful consideration of pro se Petitioner Shawn Bishop's Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus, and after independent review of the June 5, 2019, Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski and Bishop's objections thereto, it is ORDERED:

1. Bishop's objections (Document 37 & 39) are OVERRULED.

2. The Report and Recommendation (Document 33) is APPROVED and ADOPTED.

3. Bishop's Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus (Document 1) is DENIED with prejudice and DISMISSED without an evidentiary hearing.

4. Judgment is entered in favor of Respondents.

5. Because Bishop has not made a substantial showing of the denial of a constitutional right, i.e., that reasonable jurists would disagree with this Court's procedural or substantive rulings on Bishop's claims, a certificate of appealability shall not issue. *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 483-84 (2000).

The Clerk of Court is DIRECTED to mark this case closed.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.